## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Charles Hobart, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 462 M.D. 2017 |
| | : | |
| Commonwealth of Pennsylvania, | : | |
| Governor's Office of Administration, | : | |
| Pennsylvania State Police and the | : | |
| Pennsylvania Department of | : | |
| Transportation, | : | |
| Respondents | : | |

## **O R D E R**

NOW, November 29, 2018, upon consideration of respondents' application for reargument, and petitioner's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge